KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
R. JAMES SLAUGHTER - # 192813
rslaughter@kvn.com
WILLIAM S. HICKS - # 256095
whicks@kvn.com
SHILPI AGARWAL - # 270749
sagarwal@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Plaintiff NETGEAR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETGEAR, INC.,<br><br>                    Plaintiff,<br><br>          v.<br><br>ASUSTEK COMPUTER, INC.; ASUS COMPUTER INTERNATIONAL, and DOES 1 THROUGH 50,,<br><br>                    Defendants. | Case No. CV 13-CV-03405-SI<br><br>**NOTICE OF CHANGE OF FIRM AND SUBSTITUTION OF ATTORNEYS**<br><br>**[PROPOSED] ORDER**<br><br>Judge:        Hon. Susan Illston<br><br>Date Filed:  July 23, 2013<br><br>Trial Date: |

800902.01

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Notice is hereby given that, subject to approval by the Court, Plaintiff NETGEAR, INC.

hereby substitutes:

Robert A. Van Nest
R. James Slaughter
William S. Hicks
Shilpi Agarwal
Keker & Van Nest LLP
633 Battery Street
San Francisco, California 94111-1809
Telephone: (415) 391-5400 / Facsimile number (415) 397-7188

as counsel of record in place and instead of :

Fletcher C. Alford
Laura L. Geist
Denton US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000 / Facsimile number (415) 882-0300

in this matter.  NetGear, Inc. consents to this substitution.

We consent to the foregoing substitution.

Dated:  January 24, 2014                              KEKER & VAN NEST LLP


                                         By:   /s/ Robert A. Van Nest
                                               ROBERT A. VAN NEST
                                               R. JAMES SLAUGHTER
                                               WILLIAM S. HICKS
                                               SHILPI AGARWAL

                                               Attorneys for Plaintiff NETGEAR, INC.

Dated:  January 24, 2014                              KEKER & VAN NEST LLP


                                         By:   /s/ R. James Slaughter
                                               ROBERT A. VAN NEST
                                               R. JAMES SLAUGHTER
                                               WILLIAM S. HICKS
                                               SHILPI AGARWAL

                                               Attorneys for Plaintiff NETGEAR, INC.

1   Dated:  January 24, 2014                    KEKER & VAN NEST LLP

2

3                                        By:    /s/ William S. Hicks
                                                ROBERT A. VAN NEST
4                                               R. JAMES SLAUGHTER
                                                WILLIAM S. HICKS
5                                               SHILPI AGARWAL

6                                               Attorneys for Plaintiff NETGEAR, INC.

7   Dated:  January 24, 2014                    KEKER & VAN NEST LLP

8

9                                        By:    /s/ Shilpi Agarwal
                                                ROBERT A. VAN NEST
10                                              R. JAMES SLAUGHTER
                                                WILLIAM S. HICKS
11                                              SHILPI AGARWAL

12                                              Attorneys for Plaintiff NETGEAR, INC.

13

14          We accept the foregoing substitution.

15  Dated:  January 24, 2014                    DENTON US LLP

16

17                                       By:    /s/ Fletcher C. Alford
                                                FLETCHER C. ALFORD
18                                              LAURA L. GEIST

19

20              **Attestation re:  Electronic Signatures**

21          In compliance with Local Rule 5-1, I Shilpi Agarwal, the efiler of this document hereby

22  attest that each person whose signature block appears above has concurred in this filing.

23

24  Dated:  January 24, 2014             By:    /s/ Shilpi Agarwal
                                                SHILPI AGARWAL

25

26

27

28

                                       2

1

## **[PROPOSED] ORDER**

2

The substitution of attorney is hereby approved and so ORDERED.

3

4

Dated: _1/27_ _____, 2014

5

6

:    _____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3