KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
R. JAMES SLAUGHTER - # 192813
rslaughter@kvn.com
WILLIAM S. HICKS - # 256095
whicks@kvn.com
SHILPI AGARWAL - # 270749
sagarwal@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

Attorneys for Plaintiff Netgear, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETGEAR, INC., <br><br> Plaintiff, <br><br> v. <br><br> ASUSTEK COMPUTER, INC., et al., <br><br> Defendants. | No. C 13-3405 SI <br><br> **JOINT STIPULATION AND [**~~PROPOSED~~**] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

**STIPULATION**

Plaintiff and Defendants, by and through their respective counsel of record, stipulate as follows and respectfully request that the Court approve and give effect to their stipulation.

WHEREAS, a Further Case Management Conference is currently set for March 7, 2014;

WHEREAS, the parties have scheduled an in-person meeting on March 10, 2014, to discuss the possibility of resolving their dispute informally;

WHEREAS, in view of their settlement discussions, the parties agree that it would be most efficient to vacate the March 7, 2014, Further Case Management Conference, and reschedule it for a date in April that is convenient for the Court;

WHEREAS, the Court's staff has advised counsel for the parties that, subject to the Court's approval, the Further Case Management Conference could be rescheduled for April 25, 2014.

IT IS HEREBY STIPULATED AND AGREED that the Further Case Management Conference currently set for March 7, 2014, shall be vacated and reset for April 25, 2014.

IT IS SO STIPULATED.


Dated:  February 26, 2014.                                          KEKER & VAN NEST LLP


                                                                    By:   */s/ R. James Slaughter*
                                                                          ROBERT A. VAN NEST
                                                                          R. JAMES SLAUGHTER
                                                                          WILLIAM S. HICKS
                                                                          SHILPI AGARWAL
                                                                          633 Battery Street
                                                                          San Francisco, California 94111

                                                                          ***Attorneys for Plaintiff Netgear, Inc.***

FISH & RICHARDSON, P.C.

By: /s/ *Natalie L. Arbaugh (with permission)*
NATALIE L. ARBAUGH (admitted pro hac vice)
JOHN MICHAEL GADDIS (admitted pro hac vice)
1717 Main Street, Suite 5000
Dallas, TX 75201

JOHN FARRELL
500 Arguello Street, Suite 500
Redwood City, CA 94063

***Attorneys for Defendants Asus Computer Inc. and Asus Computer International, Inc.***

## CERTIFICATION

I, R. James Slaughter, am the ECF User whose identification and password are being used to file the foregoing Joint Stipulation to Continue Case Management Conference. I hereby attest that Natalie L. Arbaugh, counsel for Defendants, concurred in this filing.

Dated: February 26, 2014

/s/ *R. James Slaughter*
R. James Slaughter

**PROPOSED ORDER**

PURSUANT TO THE PARTIES STIPULATION AND FOR GOOD CAUSE IT IS HEREBY ORDERED THAT:

1. The Further Case Management Conference currently set for March 7, 2014, is hereby vacated; and

2. The Further Case Management Conference shall be reset for April 25, 2014 at 3:00 p.m.

Dated: 2/28/14

_____
Hon. Susan Illston
U.S. District Court Judge