IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NETGEAR, INC.,                                        No. C 13-03405 SI

       Plaintiff,                          **PRETRIAL PREPARATION ORDER**

  v.

ASUSTEK COMPUTER, INC., ET AL.,

       Defendant.
                                   /

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 8, 2014 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is October 25, 2015.

DESIGNATION OF EXPERTS: 11/13/15; REBUTTAL: 12/11/15.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is January 29, 2016.

DISPOSITIVE MOTIONS **SHALL** be filed by February 26, 2016;

   Opp. Due March 11, 2016;  Reply Due March 18, 2016;

   and set for hearing no later than April 1, 2016  at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 24, 2016 at 3:30 PM.

JURY  TRIAL DATE: June 6, 2016  at 8:30 AM.,
   Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
 Counsel shall prepare a stipulated protective order as agreed to at the case management conference.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 4/28/14

                                                        SUSAN ILLSTON
                                                        United States District Judge